

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Curtis J. Crowther**
P 302.571.6755
F 302.576.3445
ccrowther@ycst.com

May 12, 2020

**BY CM/ECF**

Honorable. Maryellen Noreika
United States District Court
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 8, Room 2124
Wilmington, DE  19801

    Re:    W.R. Berkley Corporation v. Niemela
              C.A. No. 17-cv-00032 (MN)

Dear Judge Noreika:

    Your Honor entered an oral order yesterday rescheduling trial for September 28, 2020 (it is also assumed that Your Honor's order was setting trial for that week).  Unfortunately, September 28, 2020 is Yom Kippur and both my client's representative and at least one of the witnesses would be unable to attend trial that date.  In addition, Kenneth Gage, one of the trial attorneys in the case, is scheduled to be in an arbitration hearing during that week from Wednesday to Friday.

    Accordingly, Plaintiff respectfully requests that the September 28, 2020 oral order be vacated and a telephone conference with Your Honor or Your Honor's scheduling deputy/clerk be scheduled so that counsel can ascertain other available trial dates on the Court's calendar.  Counsel for Defendant does not oppose the request for rescheduling of the trial.

    Thank you for the Court's consideration of this request.

Respectfully submitted,

*/s/ Curtis J. Crowther*

Curtis J. Crowther (Bar I.D. 3238)

cc:   John A. Sensing, Esquire (by CM/ECF)
       Jesse L. Noa, Esquire (by CM/ECF)