

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984 6000
www.potteranderson.com

**John A. Sensing**
**Partner**
Attorney at Law
jsensing@potteranderson.com
302 984-6093 Direct Phone
302 658-1192  Fax

November 2, 2020

<u>**VIA CM/ECF**</u>

The Honorable Maryellen Noreika
U.S. District Judge, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801-3555

   Re: <u>*W. R. Berkley Corporation v. Niemela*, </u>
      <u>C.A. No. 17-cv-0032-MN (D. Del.)</u>

Dear Judge Noreika:

   I write on behalf of the parties, to follow up on the parties' October 30, 2020, status report.  On the evening of October 30, the parties reached agreement on a binding term sheet that fully resolves this case.  Accordingly, the parties respectfully request that the trial scheduled in this matter for November 3-6, 2020, be removed from the Court's calendar.

   The parties are available to discuss these issues at the Court's convenience.

            Respectfully,

            */s/ John A. Sensing*

            John A. Sensing
            (DE Bar No. 5232)

cc:  All Counsel of Record (via CM/ECF)